1
2
3
4
5
6
7
8

*E-FILED - 8/3/11*

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| KASHY MALEK f/k/a KHASHAYAR MALEK-MOHAMMADI and AZADEH MALEK | Case No.: 5:11-cv-03433-RMW<br>Assigned to Hon. Ronald M. Whyte |
| Plaintiffs, | |
| vs. | ORDER RE: MOTION FOR PRELIMINARY INJUNCTION |
| WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB and DOES 1 through 100, inclusive, | |
| Defendants. | |

### ORDER

Based on the stipulation of counsel for Plaintiffs Kashy Malek-Mohamaddi and Azadeh Malek and Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo") and GOOD CAUSE APPEARING THEREFORE:

1.      Plaintiffs shall file and serve their motion for preliminary injunction on or before July 22, 2011.

2.      The hearing on Plaintiffs' motion shall be set for August 26, 2011 at 9:00 a.m. in Courtroom 6 of this court.

28

1                      CASE NO. 5:11-CV-03433-RMW
                                                                                              ORDER RE: MOT. FOR PRELIM. INJUNC.

1         3.      Wells Fargo's opposition shall be filed and served fourteen (14) days after

2 Plaintiffs' motion is filed and served, and the reply, if any, shall be filed and served seven (7)

3 days thereafter.

4

5

6 Date: August 3 __, 2011

                      Hon. Ronald M. Whyte

7                 United States Senior District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28