1  Stephen C. Ruehmann, Esq. (167533)
2  Robin D. Shofner, Esq. (272552)
   **RUEHMANN LAW FIRM, P.C.**
3  9580 Oak Avenue Parkway, Suite 15
   Folsom, California 95630
4  Tel: (916) 988-8001
5  Fax: (916) 988-8002

6  Attorneys for Plaintiffs,
   KASHY MALEK f/k/a KHASHAYAR
7  MALEK-MOHAMMADI and AZADEH MALEK

8                **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11 | KASHY MALEK f/k/a KHASHAYAR        | ) | Case No.: 5:11-cv-03433-RMW
   | MALEK-MOHAMMADI and AZADEH         | )
12 | MALEK,                             | ) | **REQUEST FOR VOLUNTARY DISMISSAL**
13 |                                    | ) | **AND [] ORDER**
   |         Plaintiff,                 | )
14 | vs.                                | )
   |                                    | )
15 | WACHOVIA MORTGAGE, a division of   | )
16 | WELLS FARGO BANK, N.A., f/k/a      | )
   | WACHOVIA MORTGAGE, FSB and         | )
17 | WORLD SAVINGS BANK, FSB and        | )
   | DOES 1-100, inclusive,             | )
18 |                                    | )
19 |         Defendants.                | )
   |                                    | )
20

21     **NOTICE IS HEREBY GIVEN** that pursuant to **FRCP 41(a),** Plaintiffs KASHY

22 MALEK f/k/a KHASHAYAR MALEK-MOHAMMADI and AZADEH MALEK, voluntarily

23 dismiss the above-captioned action without prejudice.

24

25 Dated: September 1, 2011              **REUHMANN LAW FIRM, P.C.**

26                                       ___/s/ Robin D. Shofner_____
27                                       Robin D. Shofner
                                         Attorney for Plaintiffs
28                                       KASHY MALEK and AZADEH MALEK

| | |
|---|---|
| | **[] ORDER** |
| **IT IS SO ORDERED**. | **ORDER GRANTING DISMISSAL** |
| Dated: ; 13613 | *Ronald M. Whyte*<br>RONALD M. WHYTE<br>United States Senior District Judge |