1  Stephen C. Ruehmann, Esq. (167533)
2  Robin D. Shofner, Esq. (272552)
   **RUEHMANN LAW FIRM, P.C.**
3  9580 Oak Avenue Parkway, Suite 15
   Folsom, California 95630
4  Tel: (916) 988-8001
5  Fax: (916) 988-8002

6  Attorneys for Plaintiffs,
   KASHY MALEK f/k/a KHASHAYAR
7  MALEK-MOHAMMADI and AZADEH MALEK

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11 | KASHY MALEK f/k/a KHASHAYAR  ) Case No.: 5:11-cv-03433-RMW
12 | MALEK-MOHAMMADI and AZADEH  )
   | MALEK,                       ) **REQUEST FOR VOLUNTARY DISMISSAL**
13 |                              ) **AND [] ORDER**
   |        Plaintiff,            )
14 | vs.                          )
   |                              )
15 | WACHOVIA MORTGAGE, a division of )
16 | WELLS FARGO BANK, N.A., f/k/a )
   | WACHOVIA MORTGAGE, FSB and   )
17 | WORLD SAVINGS BANK, FSB and  )
   | DOES 1-100, inclusive,       )
18 |                              )
19 |        Defendants.           )

20

21       **NOTICE IS HEREBY GIVEN** that pursuant to **FRCP 41(a),** Plaintiffs KASHY
22  MALEK f/k/a KHASHAYAR MALEK-MOHAMMADI and AZADEH MALEK, voluntarily
23  dismiss the above-captioned action without prejudice.

24

25  Dated: September 1, 2011                    **REUHMANN LAW FIRM, P.C.**

26                                                /s/ Robin D. Shofner
27                                              Robin D. Shofner
                                                Attorney for Plaintiffs
28                                              KASHY MALEK and AZADEH MALEK

1
REQUEST FOR VOLUNTARY DISMISSAL AND [] ORDER

|   |   |
|---|---|
| 1 | **[] ORDER** |
| 2 | **IT IS SO ORDERED**.                    **ORDER GRANTING DISMISSAL** |
| 4 | Dated: ; 13613   *Ronald M. Whyte* |
| 5 |                                                RONALD M. WHYTE |
|   |                                                United States Senior District Judge |